JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA B. G., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] <br><br>　　　　　Defendant. | Case No. 2:17-cv-06664-KES <br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: December 12, 2018

　　　　　　　　　　　　　　　　／s／ Karen E. Scott
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KAREN E. SCOTT
　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Effective November 17, 2017, Ms. Berryhill's new title is "Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security."